| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

## FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

| 1. Person Reporting (Last name, First name, Middle initial) Holmes, Jerome A | 2. Court or Organization 10th Circuit | 3. Date of Report 5/8/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Nominee | 5. Report Type (check appropriate type) ● Nomination, Date 5/4/2006 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2005 to 4/30/2006 |
| 7. Chambers or Office Address 20 N. Broadway, #1800 Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (Chair of Board of Directors) | City Rescue Mission |
| 2. Director (Board of Directors) | Oklahoma Medical Research Foundation |
| 3. Director (Board of Directors) | Oklahoma Academy for State Goals |
| 4. Director (non-equity) | Crowe & Dunlevy, P.C. |
| 5. Trustee (Board of Trustees) | Oklahoma City National Memorial Foundation |
| 6. Vice President & Governor | Oklahoma Bar Association |
| 7. Director (Board of Directors) | Oklahoma County Bar Association |
| 8. Commissioner | American Bar Association, Commission on Homelessness & Poverty |
| 9. Personal Representative | Estate # 1 |
| 10. Director (Former member of Board of Directors) | Prevent Blindness Oklahoma |

## I. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Holmes, Jerome A | 5/8/2006 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Crowe & Dunlevy, P.C., Salary | $62,758 |
| 2. | 2006 | Crowe & Dunlevy, P.C., Salary | $45,083 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Exempt |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Holmes, Jerome A | Date of Report<br><br>5/8/2006 |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | Exempt | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. CitiBank | Promissory Note - Student Loan | J |
| 2. Sallie Mae | Promissory Note - Student Loan | J |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of Oklahoma, Accounts | A | Interest | J | T | Exempt | | | | |
| 2. Estate # 1 (Sole Remaining Asset, Accounts) | | None | | | Exempt | | | | |

Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Holmes, Jerome A | Date of Report<br><br>5/8/2006 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, line 2: The sole asset of Estate # 1, bank accounts, was distributed to the heirs before the end of the reporting period, in or about the summer of 2005. Accounts were closed around that same period in 2005.

Part IILA: Filer's non-investment income for 2004 and part of 2005 includes U.S. Government Salary.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Holmes, Jerome A | Date of Report<br><br>5/8/2006 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _05/08/2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 11 | 563 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | 23 | 627 |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | 148 | 089 |
| Real estate owned-add schedule | 171 | 273 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 41 | 000 | Student Loans | | 20 | 434 |
| Cash value-life insurance | | | | | | |
| Other assets itemize: | | | | | | |
| Federal Thrift Savings Plan | 206 | 662 | | | | |
| | | | | | | |
| | | | Total liabilities | | 192 | 150 |
| | | | Net Worth | | 238 | 348 |
| Total Assets | 430 | 498 | Total liabilities and net worth | | 430 | 498 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |